IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC MILANZI,

     Petitioner,

v.                                                                                          No. 2:26-cv-00068-KG-KK

PAMELA BONDI,

     Respondents.

## ORDER TO ANSWER

Petitioner Isaac Milanzi filed a Motion to Reconsider, Doc. 14, and an Emergency

Motion for Immediate Release, Doc. 15.  The Court orders Respondents to file any Response to

the motions within 10 business days of this Order.  The Clerk shall send a courtesy copy of this

Order to the U.S. Attorney's Office at the following email address:

USANM.Civil.Immigration@usdoj.gov.

                                   /s/Kenneth J. Gonzales_____
                                   CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.