IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC MILANZI,

     Petitioner,

v.                                    No. 2:26-cv-00068-KG-KK

PAMELA BONDI, et al.,

     Respondents.

## **ORDER FOR SUPPLEMENTAL BRIEFING AND STATUS REPORT**

The Court held a hearing on April 29, 2026, regarding the status of Petitioner's removal proceedings.  At the hearing, the Government stated that it has not removed Petitioner because Petitioner has not been forthcoming regarding his purported Cameroonian nationality.  Petitioner, however, asserts that he is a native and citizen of South Africa and has no ties to Cameroon.  The Court finds that additional clarification is necessary to assess the lawfulness of Petitioner's continued detention and the Government's removal efforts.

Accordingly, it is hereby ordered:

1. **Supplemental Briefing.** Within ten (10) days of this Order, the Government shall file supplemental briefing addressing the information provided by South African authorities regarding Petitioner's purported Cameroonian nationality or descent.  The briefing shall state what South African officials represented and the basis for those representations.

2. **Status of Removal Efforts.**  No later than May 25, 2026, the Government shall file a status report demonstrating meaningful progress toward effectuating Petitioner's removal.  The report must include specific steps taken, communications with foreign governments, and the Government's anticipated timeline.  If the Government fails to

demonstrate sufficient progress toward removal by May 25, 2026, the Court will order Petitioner's release under appropriate conditions.

3.  **Transfer Restriction.** The Government is enjoined from transferring Petitioner out of the District of New Mexico.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.